JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BEACHBODY, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DONNA HUSSONG, et al.,<br><br>　　　　Defendants. | Case No.: 2:16-cv-00858 CAS (SSx)<br><br>**[PROPOSED] FINAL JUDGMENT, INCLUDING PERMANENT INJUNCTION, AGAINST DEFENDANTS DONNA HUSSONG AND GARY ZINK**<br><br>Hearing Date: **July 11, 2016**<br>Time:　　　　**10:00 A.M.**<br>Courtroom:　**5 (2nd Floor)**<br><br>**Honorable Christina A. Snyder** |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff Beachbody, LLC ("Plaintiff") is hereby awarded final judgment on its claims for relief set forth in Plaintiff's Complaint for Damages against Defendants Donna Hussong and Gary Zink ("Defendants"), jointly and severally, as the prevailing party in this action under Rule 55(b) of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") and Local Rule ("L.R.") 55-1 as follows:

　　I.　　Pursuant to 15 United States Code ("U.S.C.") § 1117(c)(1) and 17 U.S.C. § 504(c)(1), Plaintiff is hereby awarded final judgment on its claims for

- 1 -
**[PROPOSED] FINAL JUDGMENT INCLUDING PERMANENT INJUNCTION**

relief against Defendants, jointly and severally, in the sum of $183,000.

II.     Plaintiff is further awarded attorneys' fees in the amount of $5,600 plus 2% of the amount over $100,000 pursuant to the Schedule of Attorneys' Fees set forth in L.R. 55-3 totaling $7,300.

III.    Furthermore, Defendants are permanently enjoined and restrained pursuant to 15 U.S.C. § 1116(a) and 17 U.S.C. § 502 from engaging in, directly or indirectly, or authorizing or assisting any third party to engage in, any of the following activities in the United States and throughout the world:

1) copying, manufacturing, importing, exporting, marketing, selling, offering for sale, distributing or dealing in any product or service that uses, or otherwise making any use of, any of Plaintiff's BEACHBODY®, P90X3® and/or INSANITY® MAX:30 trademarks and copyrights, and/or any intellectual property that is confusingly or substantially similar to, or that constitutes a colorable imitation of, any of Plaintiff's BEACHBODY®, P90X3® and/or INSANITY® MAX:30 trademarks and copyrights, whether such use is as, on, in or in connection with any trademark, service mark, trade name, logo, design, Internet use, website, domain name, metatags, advertising, promotions, solicitations, commercial exploitation, television, web-based or any other program, or any product or service, or otherwise;

2) performing or allowing others employed by or representing him, or under his control, to perform any act or thing which is likely to injure Plaintiff, any of Plaintiff's BEACHBODY®, P90X3® and/or INSANITY® MAX:30 trademarks and copyrights, and/or Plaintiff's business reputation or goodwill;

3) engaging in any acts of federal and/or state trademark infringement, copyright infringement, false designation of origin, unfair competition, dilution, or other act which would tend damage or injure Plaintiff; and/or

/ / /

1   　　　　4)   using any Internet domain name or website that includes any
2   Plaintiff's trademarks and copyrights, including the BEACHBODY®, P90X3®
3   and/or INSANITY® MAX:30 trademarks and copyrights.

4   　　　IV.   Furthermore, Defendants are ordered to deliver immediately to
5   Plaintiff for destruction all counterfeit and unauthorized BEACHBODY®,
6   P90X3® and/or INSANITY® MAX:30 products and materials relating thereto in
7   their possession or under their control bearing any of Plaintiff's intellectual
8   property or any simulation, reproduction, counterfeit, copy or colorable imitations
9   thereof, to the extent that any of these items are in Defendants' possession.

11   　　　IT IS SO ORDERED, ADJUDICATED and DECREED this 11th day of
12   July, 2016.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. CHRISTINA A. SNYDER
　　　　　　　　　　　　　　　　　　United States District Judge
　　　　　　　　　　　　　　　　　　Central District of California